GEORGE B. MCLELLAN, Appellant, *v.* NAT C. GOODWIN, Respondent.

*McLellan* v. *Goodwin,* 52 App. Div. 630, appeal dismissed.
(Argued January 6, 1902; decided January 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered June 13, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the grounds that no undertaking has been served as required by section 1326 of the Code of Civil Procedure, and that the Appellate Division having unanimously decided that there was evidence tending to support the facts found by the trial court, no appeal lies therefrom to the Court of Appeals.

*Archibald Foote Clark* for motion.

*Franklin Bien* opposed.

Motion granted, with ten dollars costs, unless plaintiff files undertaking within ten days, in which case motion denied.